# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

JAMES WILLIAM JUBANE,

    Plaintiff,

v.                                               Case No. 5:24-cv-308-TJC-PRL

MARION COUNTY SHERIFFS OFFICE, Official Capacity, WILLIAM M. WOODS, Sheriff, Individual and Official Capacity, RYAN STITH, Deputy, Individual and Official Capacity, AUSTIN COON, Deputy, Individual and Official Capacity, BRANDON M. SALGADO, Deputy, Individual and Official Capacity, AARON LEVY, Sergeant, Individual and Official Capacity, and JOHN/JANE DOE 1–100, Supervisors, Individual and Official Capacity,

    Defendants.

_____

# O R D E R

This case is before the Court on the Report and Recommendation by the assigned United States Magistrate Judge, who recommends denying Plaintiff James Jubane's Motion to Proceed In Forma Pauperis and dismissing the case. Doc. 5. No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P.

72(b). Upon de novo review of the file and for the reasons stated in the Report and Recommendation, Doc. 5, it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge, Doc. 5, is **ADOPTED** as the opinion of the Court.

2. Plaintiff James Jubane's Motion to Proceed In Forma Pauperis, Doc. 2, is **DENIED**.

3. The case is **DISMISSED without prejudice**.

**DONE AND ORDERED** in Jacksonville, Florida, the 1st day of October, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

vng

Copies to:

The Honorable Philip R. Lammens
United States Magistrate Judge

James William Jubane
16870 SE 101st Avenue Road
Summerfield, FL 34491